**Dismissed and Memorandum Opinion filed February 20, 2025.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-24-00125-CV
_____

### JEREMIAH PEREZ, Appellant

### V.

### HILL COLLEGE, JOHNSON COUNTY

### AND JOSHUA INDEPENDENT SCHOOL DISTRICT, Appellees

**On Appeal from the 249th District Court
Johnson County, Texas
Trial Court Cause No. DC-T202300308**

## MEMORANDUM OPINION

On December 12, 2024, this Court notified appellant Jeremiah Perez that the clerk's record was due in this Court on December 9, 2024, and that no clerk's record had been filed due to his failure to pay or make arrangements to pay the trial court clerk's fee for preparing the record. The notice requested that appellant file a response with written documentation showing that he has paid, or made arrangements to pay, the clerk's fee or that he is entitled to proceed without

payment of costs. In addition, in our notice, we directed appellant to comply with our request by January 2, 2025, and advised that his failure to comply could result in the dismissal of the appeal for want of prosecution. To date, appellant has not responded to the Court's notice, and the clerk's record has not been filed.

If a trial court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay the clerk's fee for the preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of cost. *See* Tex. R. App. P. 37.3(b). In this case, appellant has not established that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1; Tex. R. Civ. P. 145. Consequently, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

/s/ Scott K. Field

Scott K. Field
Justice

Panel consists of Chief Justice Brister and Justices Field and Farris.

2